**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                             Case No.  8:04-CR-336-T-17-MSS

MARCELINO LOPEZ, JORGE NAUN
AGUILAR and KELVIN NOE MORALES
ROMERO
_____/

**ORDER**

This cause comes before the Court on the oral Report and Recommendation entered by Magistrate Judge Mary S. Scriven on May 23, 2005.  The Report and Recommendation recommended that this Court deny the motions to suppress (Docket Nos. 81 and 89).  There have been no objections to the Report and Recommendation filed and the Court, upon independent review of the motions, finds the Report and Recommendation well-taken.  Accordingly, it is

**ORDERED** that the oral Report and Recommendation be **granted and the motions to suppress (Dokcet Nos. 81 and 89) be denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 15th day of June, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record